UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES,<br>Plaintiff,<br>v.<br>GHALY, et al.,<br>Defendants. | Case No. 1:26-cv-07751-FJS (PC)<br>ORDER DENYING PLAINTIFF'S MOTION TO CORRECT DEFENDANT'S NAME WITHOUT PREJUDICE<br>(ECF No. 9) |

Plaintiff James Albert Hodges ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendants Ghaly, C. Zimmer, Joseph Kinzel, and J. Brownlee, ("Defendants") for cruel and unusual punishment, wrongful conviction, and not providing fair and equal justice in violation of the Fourth, Fifth, Sixth, Eighth, and Eleventh Amendments. Defendants have not been served because Plaintiff's complaint requires screening.

On October 22, 2026, Plaintiff moved to correct a defendant's name. (ECF No. 9.) Plaintiff requests the defendant's named be changed from "Phillip Gillit" to the "Phillip Gillet Jr." (ECF No. 9.) A review of the docket reveals none of the currently named defendants are named "Phillip Gillit." To the extent Plaintiff wishes to add any defendants, he may do so by amending his complaint. *See* Federal Rule of Civil Procedure 15(a)(1).

The court notes that Plaintiff likely intended to file this motion in *Hodges v. Gilet*, 26-cv-

07482-BAM. If that is the case, Plaintiff is directed to refile this motion in the correct action.

Accordingly, Plaintiff's motion to correct Defendant's name, (ECF No. 9), is HEREBY DENIED without prejudice. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE